UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARVIN JOHNSON, | : | Hon. Faith S. Hochberg |
| Plaintiff, | : | Civil No. 08-1124 (FSH) |
| v. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | Date: April 9, 2008 |
| Defendant. | : | |

This matter coming before the Court upon Plaintiff's application to proceed *in forma pauperis*, and for good cause shown;

**IT IS** on this 9th day of April 2008,

**ORDERED** that Plaintiff's application is **GRANTED**; and

**ORDERED** that the Clerk shall file the complaint.

                                                      **/s/ Faith S. Hochberg**
                                                      Hon. Faith S. Hochberg, U.S.D.J.